IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
      Plaintiff, :
:   CR-2-10-300
-v.- :   JUDGE MARBLEY
:
SHANE MATTHEW ROUSH, :
CORRINA AILEEN ROUSH, :
:
      Defendants. :

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 28, 2012, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendants Shane Matthew Roush and Corrina Aileen Roush to forfeit to the United States the Defendants' interest in the property subject to forfeiture as more fully described therein pursuant to 21 U.S.C. §853(a)(1) and (a)(2);

WHEREAS, for 30 consecutive days beginning April 12, 2012, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, on June 15, 2012, this Court held Defendant Shane Matthew Roush's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on June 28, 2012, issued its Judgment ordering Defendant Shane Matthew Roush to forfeit to the United States the property described herein. On July 13, 2012, this Court held Defendant Corrina Aileen Roush's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on August 20, 2012, issued its Judgment ordering Defendant Corrina Aileen Roush to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendants Shane Matthew Roush and Corrina Aileen Roush had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. §853(a)(1) and (a)(2) for violations of 21 U.S.C. §§841(a)(1) and (B)(1)(A)(vii);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

A. a 2002 Dodge Viper, VIN 1B3ER65E52V102517;

B. a 1978 Chevrolet Corvette, VIN 1Z8748S420906;

C. a 1999 883 Sportster Harley Davidson Motorcycle, VIN 1HD4CEM17XK123400;

2

D.   a 1998 Honda 1100 Shadow Motorcycle, VIN
        JH2PC0816GM301398;

   E.   a 1986 4 Winns 170 Horizon boat, bearing hull no.
        4WNME606E686, with a 17 foot Pemco Trailer, identifying
        number DA-603T Actuator;

   F.   a 2004 Hyundai TGT, VIN KMHHN65F24U142347;

   G.   a Kubota RTV 900, Serial No. 31544;

   H.   a 1994 Mitsubishi 3000 GT, VIN JA3AM54J4RY032083;

   I.   a 2003 Hyundai, VIN KMHHN65F83U051436;

   J.   a 1998 4x4 Chevy 2500 pickup, VIN 1GCEK14R0WZ200654;
        and,

   K.   a 1996 Jeep Cherokee, VIN 1J4GZ58S0TC332900.

   2.   That the United States Marshals Service shall dispose of the property according to law.

   3.   That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

   ORDERED this 24 day of Sept., 2012.

                                    _____
                                    HONORABLE ALGENON L. MARBLEY
                                    UNITED STATES DISTRICT COURT JUDGE