# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 2:10-CR-300(1) |
| **Plaintiff,** | |
| | **JUDGE ALGENON L. MARBLEY** |
| v. | |
| **SHANE MATTHEW ROUSH,** | |
| **Defendant.** | |

## ORDER

This matter comes before the Court on Defendant's Motion to Correct Clerical Error in Final Judgment. The Court recognizes that in the interest of avoiding ambiguity in a Judgment and Commitment Order, the term of imprisonment should be expressed as a net value, with any credit for time served being automatically deducted from the stated sentence. *See United States v. Ross*, 219 F.3d 592, 594 (7th Cir. 2000), *accord United States v. Heath*, 977 F.2d 583 (6th Cir. 1992). Thus, the Court hereby **AMENDS** the Judgment and Commitment Order to correct the clerical error and **ORDERS** that on Page Two of that Judgment and Commitment Order, under the heading of "Imprisonment," the text shall be stricken and replaced by the following:

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWO-HUNDRED-EIGHTY-ONE (281) MONTHS to run concurrent with the sentence imposed in Morrow County Court of Common Pleas, Dkt. #2010-CR-178. This is the defendant's net sentence, with credit given for time served.**

All other terms and conditions outlined in the Judgment and Commitment Order shall remain in full force as previously imposed.

IT IS SO ORDERED.

                                                **s/Algenon L. Marbley**
                                                Algenon L. Marbley
                                                United States District Judge

**Dated: October 4, 2012**